

Monday, September 22, 2014

No. 15–0045/NA.   U.S. v. Brian M. Hatch.   CCA 201400011.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 9, 2014.

No. 15–0046/MC.   U.S. v. Richard A. Smith.   CCA 201300401.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 9, 2014.

No. 15–0047/MC.   U.S. v. Dymond R. McCray.   CCA 201300390.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 9, 2014.

